**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In Re:                                                      Case No.1831148
CANIKA S GIVAN                                              Chapter 13
3240 VIRGINIA DOWNS APT G
MONTGOMERY, AL 36116


Debtor

---

## Order Releasing Wages

---

The Income Withholding Order previously issued by the Court to the following employer is hereby
RELEASED:

SECURITAS SECURITY SERVICES USA, INC
ATTN PAYROLL
9 CAMPUS DR
PARSIPPANY, NJ  07054


The above employer is authorized to pay all future wages to the debtor.

Done this Friday, March 24, 2023.

*/s/ Christopher L. Hawkins*
_____
Christopher L. Hawkins
United States Bankruptcy Judge


cc:  Canika S Givan